# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**IN RE: JONATHAN PAUL HATFIELD**                    **CASE NO. 19-20754**

**DEBTOR**

**CHAPTER 13**

## DEBTOR'S OBJECTION NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES, AND CHARGES

NOW INTO COURT, comes JONATHAN PAUL HATFIELD, and states:

1.

Home Point Financial Corporation, filed a Notice of Post-petition Mortgage Fees, Expenses, and Charges on January 9, 2020 for the amount of $900.00 under docket entry #24.

2.

Debtor objects to the Notice of Post-petition Mortgage Fees, Expenses, and Charges for the reasons following:

    1. According to the Notice, the claimed fees are for filling a proof of claim in the instant case.

    2. Debtor submits that $900.00 is unacceptably excessive for filing a proof of claim.

    3. However, Debtor suggests that a more appropriate fee for preparing and filing the claim would be $450.00.

3.

Debtor respectfully requests the Notice of Post-petition Mortgage Fees, Expenses, and Charges be disallowed as filed, but allowed in the amount of $450.00.

**WHEREFORE DEBTORS PRAY** that the Notice of Post-petition Mortgage Fees, Expenses, and Charges filed by Home Point Corporation be disallowed as filed, but allowed in the amount of $450.00.

**Prepared and submitted by:**
**ROBICHAUX, MIZE, WADSACK, RICHARDSON & WATSON**
    **By:\_\_\_\_/s/ Matthew Bond Pettaway\_\_\_\_**
    **Matthew Bond Pettaway #33313**
    **P.O. Box 2065**
    **Lake Charles, LA 70602**
    **Telephone: (337) 433-0234**
    **Attorney for Debtor**