UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION
**************************

IN RE: JONATHAN PAUL HATFIELD            CASE NO. 19-20754

CHAPTER 13

## NOTICE OF HEARING

YOU ARE HEREBY NOTIFIED that the Debtor has filed the foregoing "Objection to Notice of Post-petittion Mortgage Fees, Expenses, and Costs." Any opposition must be filed, in writing, within seven days prior to the date set for hearing, with the Clerk, U.S. Courthouse, at the address shown, with copies to the attorney for the Debtor and the Standing Trustee.

NOTICE IS FURTHER GIVEN that **IF AND ONLY IF,** an objection is timely filed a hearing will be held before the Bankruptcy Judge in the Federal Courthouse, 1st Floor Courtroom, 611 Broad Street, Lake Charles, Louisiana, on the _12_ day of March, 2020, at 9:00 a.m.

DATED:      February 11, 2020

| | |
|---|---|
| Office of US Trustee | Matthew Bond Pettaway |
| 300 Fannin St., Ste. 3196 | One Lakeshore Dr., Ste. 1600 |
| Shreveport, LA 71101 | Lake Charles, LA 70629 |

Keith Rodriguez
Chapter 13 Trustee
POB 3445
Lafayette, LA 70502     Lake Charles, Louisiana, this __11th _ day of February, 2020
ROBICHAUX, MIZE, WADSACK, RICHARDSON & WATSON
By:___*/s/ Matthew Bond Pettaway*_____
Matthew Bond Pettaway #33313
Attorney for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing "Objection to Proof of Claim" and a copy of the Notice of Hearing was served electronically and /or by first class mail, postage prepaid to the following on the U.S. Trustee, Standing Chapter 13 Trustee; Debtor; D. Anthony Sottile, Authorized Agent for Home Point Financial Corporation, 394 Wards Corner Rd., Suite 180, Loveland, OH 45140

Lake Charles, Louisiana, this    11th    day of February, 2020
By:___/s/ Matthew Bond Pettaway _____